# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTHONY AUBREY YAWN,**

    **Plaintiff,**

v.                                                       Case No. 1:22-cv-249-AW-HTC

**JOHN PALMER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Anthony Aubrey Yawn, the pro se prisoner plaintiff, sued DOC officials and prison healthcare providers for alleged constitutional violations. ECF No. 11. After screening the complaint, the magistrate judge issued a report and recommendation, which recommends dismissal for failure to state a claim. ECF No. 13. I have carefully considered that report and recommendation, and I have considered de novo the issues raised in Yawn's objections, ECF No. 16. I note that the objections largely restate his claim and address irrelevant legal standards.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. For the reasons the magistrate judge explains, the claims will be dismissed. Because a Rule 12(b)(6) dismissal is a dismissal on the

1

merits, though, and because Yawn already had an opportunity to amend, *see* ECF No. 9, the dismissal will be with prejudice.[1]

Yawn also moved to supplement the record. ECF No. 17. This motion appears to be identical to his earlier motion to supplement (ECF No. 10), which the magistrate judge granted (ECF No. 12). The newer motion, though, attaches additional exhibits. The motion (ECF No. 17) is DENIED to the extent it seeks to add new materials not first presented to the magistrate judge. I note, however, that none of the materials sought to be added would make any difference to the outcome.

It is now ORDERED:

1. The report and recommendation (ECF No. 13) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This action is dismissed with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted."

3. The motion for leave to supplement (ECF No. 17) is DENIED.

4. The clerk will close the file.

SO ORDERED on May 18, 2023.

                                                   s/ *Allen Winsor*
                                                   United States District Judge

---

[1] The report and recommendation recommended dismissal *without* prejudice. ECF No. 13 at 17.